```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

         MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


THOMAS LEE HORTON, III,       )
                              )
     Plaintiff,               )
                              )       CIVIL ACTION NO.
     v.                       )        2:22cv522-MHT
                              )             (WO)
SHIRLEY CUNNINGHAM,           )
et al.,                       )
                              )
     Defendants.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 6) is neither adopted nor rejected.

(2) This lawsuit is dismissed without prejudice for failure to comply with court orders.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of December, 2022.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE